**Wilbur Leon MARTIN, Jr.,
Petitioner—Appellant,**

v.

**Gene M. JOHNSON, Director of the Virginia Department of Corrections, Respondent—Appellee.**

No. 06–7389.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 21, 2006.

Wilbur Leon Martin, Jr., Appellant Pro Se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

§ 2255 motion under 28 U.S.C. § 2244(b), we

PER CURIAM:

Wilbur Leon Martin, Jr., seeks to appeal the report and recommendation of the magistrate judge filed in his 28 U.S.C. § 2254 (2000) proceeding. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Martin seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*